# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ATLANTIC VENTURES LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:17−cv−01675−JVS−JDE<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

   It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

   Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

   Atlantic Ventures LLC a Pennsylvania corporation

   D2HealthCoach LLC a Pennsylvania limited liability company

   CTCI LLC a Pennsylvania limited liability company

   Jack Zhang an individual

   Juliet Hong Zhang aka Juliet Luo an individual


                                                            Clerk, U.S. District Court

   April 30, 2018                                       By   /s/ *Trina Debose*
   Date                                                       Deputy Clerk

CV−37 (10/01)                    **DEFAULT BY CLERK F.R.Civ.P. 55(a)**