Hubert Kuo SBN 204036
David Yu SBN 276471
ARDENT LAW GROUP
4340 Von Karman Ave., Ste 290
Newport Beach, CA 92660
Tel: (949) 299-0188
Fax: (949) 299-0127
Email: hkuo@ardentlawgroup.com
Email: dyu@ardentlawgroup.com

Attorneys for Plaintiffs SHENYANG HONGQIAO, ZHANG YONG SHENG, and LU GUOJIE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD., a Chinese corporation; YONGSHENG ZHANG, an individual; GUOJIE LU, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ATLANTIC VENTURES LLC, an Pennsylvania corporation; D2HEALTHCOACH, LLC, a Pennsylvania limited liability company; CAER VISION TECHNOLOGY CENTER INC., a Delaware corporation; CTCI, LLC, a Pennsylvania limited liability company; CAERVISION GROUP, INC., a Maryland corporation; CAERVISION CORPORATION; a Maryland corporation; CAERVISION, a Maryland corporation; JACK ZHANG, an individual; and JULIET HONG ZHANG, aka JULIET LUO, an individual,<br><br>　　　　　　Defendants. | Case No. 8:17-cv-1675-JVS-JDE<br><br>Assigned to Hon. Judge James V. Selna<br>Courtroom: 10C<br><br>**PLAINTIFFS CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD; YONGSHENG ZHANG; AND GUOJIE LU'S REQUEST TO AMEND DEFAULT JUDGMENT**<br><br>*SUBMITTED CONCURRENTLY WITH:*<br>1. **DECL. OF DAVID YU IN SUPPORT REQUEST TO AMEND DEFAULT JUDGMENT**<br>2. **[PROPOSED] JUDGMENT BY DEFAULT** |

1

PLAINTIFFS' MEMORANDUM FOR DEFAULT JUDGEMENT BY COURT

## I.   INTRODUCTION

On October 16, 2018, the Court entered a default judgment against the various defendants in this matter.  Two issues have since come to the attention of Plaintiffs CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD., YONGSHENG ZHANG, and GUOJIE LU (collectively, "Plaintiffs"):

1. That the name of Ms. GUOJIE LU ("Ms. Lu") is misspelled "GOUJIE LU" on the Default Judgment [Dkt No. 54], and
2. That Defendant JULIET HONG ZHANG, is also known as JULIET LUO and JULIET ZHANG;

Plaintiffs ask the Court to amend the Default Judgment accordingly.

## II.   LEGAL ARGUMENT

The Court has the authority to make corrections to a judgment, if the corrections are based on a clerical mistake, oversight, or omission. Specifically, the Federal Rules of Civil Procedure ("FRCP") No. 60(a) states: The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record.  The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

On October 16, 2018, the Court entered a Default Judgment against the various defendants in this matter.  On the Default Judgment, Ms. Lu's name is incorrectly spelt "GOUJIE LU", and not "GUOJIE LU".  Her name is misspelled in two parts of the Default Judgment, which are highlighted on a redline version of the [Proposed] Amended Default Judgment.  *Yu Decl.*, ¶¶ 5-6: Exhibit 1, Exhibit 2.  A review of the docket will show that Ms. Lu's

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

2
PLAINTIFFS' MEMORANDUM FOR DEFAULT JUDGEMENT BY COURT

name is correctly spelt "GUOJIE LU". The only place where this error occurs is on the Default Judgment.

At the same time, Defendant JULIET HONG ZHANG ("Ms. Zhang") is also known as JULIET LUO and JULIET ZHANG. The record will show that Plaintiff has also included that Ms. Zhang is also known as JULIET LUO. Plaintiff has discovered that Ms. Zhang commonly uses her name without the middle name "HONG".

FRCP 60(b) does not apply to Plaintiffs' Request, as there are no parties seeking relief from the Default Judgment. Plaintiffs are to making any substantive arguments which would change the nature of Default Judgment.

This Request is timely filed as there are no time limits placed upon FRCP No. 60(a).

The Default Judgment was never appealed. Thus, it remains within the jurisdiction of this court to make the spelling correction to the Default Judgment.

There is no prejudice to the defaulting parties if the names of Ms. Lu and Ms. Zhang were corrected. On the other hand, a failure by the court to correct the name will hinder Ms. Lu's abilities to collect against the various defendants. Likewise a failure to include the name "JULIET ZHANG" will hinder Plaintiffs' abilities to collect against Ms. Zhang.

As such, Plaintiffs request that the Court grant Plaintiffs' Request to Amend the Default Judgment.

///
///
///
///
///

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

3
PLAINTIFFS' MEMORANDUM FOR DEFAULT JUDGEMENT BY COURT

### III. CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court grant Plaintiffs' Request to Amend the Default Judgment to correct the misspelling of Ms. Lu's name and add the name of JULIET ZHANG.

Dated: May 31, 2022

Respectfully Submitted,

ARDENT LAW GROUP, P.C.

By: /s/ *Hubert H. Kuo*
Hubert H. Kuo
David Yu
Attorneys for Plaintiffs SHENYANG HONGQIAO, ZHANG YONG SHENG, and LU GUOJIE

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

4
PLAINTIFFS' MEMORANDUM FOR DEFAULT JUDGEMENT BY COURT