Hubert Kuo SBN 204036
David Yu SBN 276471
ARDENT LAW GROUP
4340 Von Karman Ave., Ste 290
Newport Beach, CA 92660
Tel: (949) 299-0188
Fax: (949) 299-0127
Email: hkuo@ardentlawgroup.com
Email: dyu@ardentlawgroup.com

Attorneys for Plaintiffs SHENYANG HONGQIAO, ZHANG YONG SHENG, and LU GUOJIE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD., a Chinese corporation; YONGSHENG ZHANG, an individual; GUOJIE LU, an individual,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ATLANTIC VENTURES LLC, an Pennsylvania corporation; D2HEALTHCOACH, LLC, a Pennsylvania limited liability company; CAER VISION TECHNOLOGY CENTER INC., a Delaware corporation; CTCI, LLC, a Pennsylvania limited liability company; CAERVISION GROUP, INC., a Maryland corporation; CAERVISION CORPORATION; a Maryland corporation; CAERVISION, a Maryland corporation; JACK ZHANG, an individual; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG, an individual,<br><br>            Defendants. | Case No. 8:17-cv-1675-JVS-JDE<br><br>Assigned to Hon. Judge James V. Selna<br>Courtroom: 10C<br><br>**DECLARATION OF DAVID YU SUPPORT OF PLAINTIFFS CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD.'S, YONGSHENG ZHANG'S, AND GUOJIE LU'S REQUEST TO AMEND DEFAULT JUDGMENT** |

1
DECLARATION OF DAVID YU IN SUPPORT OF PLAINTIFFS' REQUEST TO AMEND DEFAULT JUDGMENT

I, DAVID YU, declare

1. I am an attorney duly licensed to practice before the state of California. I am an attorney with the law firm of Ardent Law Group, P.C., counsel of record for Plaintiffs CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., LTD, YONGSHENG ZHANG, and GUOJIE LU (collectively, "Plaintiffs") in this matter.

2. I am over eighteen years of age. I have personal knowledge of the facts stated herein and, if called upon to do so, I would testify to the truth thereof.

3. This Declaration is made in support of Plaintiffs' Request to Amend Default Judgment.

4. On October 16, 2018, the Court entered a Default Judgment against the various defendants in this matter. [Docket No. 54]. In certain parts of the Default Judgment, Plaintiff Guojie Lu's name appears as "GOUJIE LU", which is a misspelling.

5. In addition, for Defendant Juliet Hong Zhang, Plaintiffs have determined that Defendant Juliet Hong Zhang also goes by Juliet Luo and Juliet Zhang

6. Attached as **Exhibit "1"** is a true and correct copy of a redline version of the Amended Default Judgment.

7. Attached as **Exhibit "2"** is a true and correct copy of a clean version of the Amended Default Judgment.

I declare under penalty of perjury under the law of the United States of America, that the foregoing is true and correct.

Executed on the 31st day of May, 2022 at Irvine, California.

                                                                     */s/ David Yu*
                                                                     David Yu

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

2
DECLARATION OF DAVID YU IN SUPPORT OF PLAINTIFFS' REQUEST TO AMEND DEFAULT JUDGMENT

# EXHIBIT 1

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

3
DECLARATION OF DAVID YU IN SUPPORT OF PLAINTIFFS' REQUEST TO AMEND DEFAULT JUDGMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG,<br><br>Defendant | CASE NO.: SACV17-01675 JVS (JDEx)<br>Action Filed:<br><br>**[PROPOSED] AMENDED JUDGMENT GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

The Application for Entry of Default Judgment against ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG ("Defendants") (the "Application") filed by Plaintiffs CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU's ("Plaintiffs") came on for hearing on August 13, 2018 and subsequently on September 13, 2018, after supplemental

briefing.

After full consideration of Plaintiffs' moving papers, including supporting declarations and exhibits thereto, the well-pleaded allegations of the Complaint and all other matters presented to the Court:

IT IS HEREBY ORDERED THAT Judgment shall enter as follows:

1. Breach of Contract.  CTCI, Caervision, Caervision Technology Center, Inc, Atlantic and Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang, as alter egos of the Caervision Defendants, were in breach of contract as Atlantic breached the L-1 Agreement for commingling Zhang's funds.  As the prevailing party, Plaintiffs are awarded compensatory contract damages of $566,000 and prejudgment interest in the amount of $72,416.99.
2. CTCI, Caervision Technology Center Inc., and Caervision breached the Joint Venture agreement for commingling Plaintiffs' funds, failure to obtain a green card for Mr. Zhang, or refund monies.  Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang are the alter egos of the Caervision Defendants. D2Healthcoach, Caervision Group, Inc. or Carevision Corporation are not the alter egos of each other.
3.  Fraud. The Court finds an independent harm of loss of benefits under the government investment program and a fraudulent inducement to shift investments from EB-5 Agreement to an EBC-1 Agreement.  The Court finds the defendants' fraud in the inducement is an exception to the economic loss rule.  Plaintiffs are awarded punitive damages on the fraud claim in the amount of $1,698,000.00.
4. Common Counts for Money Had and Received.  The court finds Plaintiffs have adequately alleged an action for money had and received but no additional damages are awarded.
5. Breach of Covenant of Good Faith and Fair Dealing. Defendants breached the

covenant of good faith and fair dealing. No additional damages are awarded for this claim.

6. Plaintiffs are entitled to costs pursuant to Federal Rule of Civil Procedure 54(d)(1)

7. Plaintiffs' Application for Default Judgment is GRANTED as set forth hereinabove.

IT IS SO ORDERED

Dated: _____  _____
                                    Honorable James V. Selna
                                    United States District Judge

3
[PROPOSED] JUDGMENT

# EXHIBIT 2

ARDENT LAW GROUP, PC
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Telephone: (949) 299-0188
Facsimile: (949) 299-0127

4
DECLARATION OF DAVID YU IN SUPPORT OF PLAINTIFFS' REQUEST TO AMEND DEFAULT JUDGMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG,<br><br>Defendant | CASE NO.: SACV17-01675 JVS (JDEx)<br>Action Filed:<br><br>**[PROPOSED] AMENDED JUDGMENT GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

The Application for Entry of Default Judgment against ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG ("Defendants") (the "Application") filed by Plaintiffs CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU's ("Plaintiffs") came on for hearing on August 13, 2018 and subsequently on September 13, 2018, after supplemental

briefing.

After full consideration of Plaintiffs' moving papers, including supporting declarations and exhibits thereto, the well-pleaded allegations of the Complaint and all other matters presented to the Court:

IT IS HEREBY ORDERED THAT Judgment shall enter as follows:

1. Breach of Contract.  CTCI, Caervision, Caervision Technology Center, Inc, Atlantic and Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang, as alter egos of the Caervision Defendants, were in breach of contract as Atlantic breached the L-1 Agreement for commingling Zhang's funds.  As the prevailing party, Plaintiffs are awarded compensatory contract damages of $566,000 and prejudgment interest in the amount of $72,416.99.
2. CTCI, Caervision Technology Center Inc., and Caervision breached the Joint Venture agreement for commingling Plaintiffs' funds, failure to obtain a green card for Mr. Zhang, or refund monies.  Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang are the alter egos of the Caervision Defendants. D2Healthcoach, Caervision Group, Inc. or Carevision Corporation are not the alter egos of each other.
3. Fraud. The Court finds an independent harm of loss of benefits under the government investment program and a fraudulent inducement to shift investments from EB-5 Agreement to an EBC-1 Agreement.  The Court finds the defendants' fraud in the inducement is an exception to the economic loss rule.  Plaintiffs are awarded punitive damages on the fraud claim in the amount of $1,698,000.00.
4. Common Counts for Money Had and Received.  The court finds Plaintiffs have adequately alleged an action for money had and received but no additional damages are awarded.
5. Breach of Covenant of Good Faith and Fair Dealing. Defendants breached the

covenant of good faith and fair dealing.  No additional damages are awarded for this claim.

6. Plaintiffs are entitled to costs pursuant to Federal Rule of Civil Procedure 54(d)(1)

7. Plaintiffs' Application for Default Judgment is GRANTED as set forth hereinabove.

IT IS SO ORDERED

Dated: _____          _____
                                  Honorable James V. Selna
                                  United States District Judge