# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG,<br><br>Defendant | CASE NO.:<br>SACV17-01675JVS (JDEx)<br>Action Filed:<br><br>**AMENDED JUDGMENT GRANTING IN PART AND DENYING IN PART PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

The Application for Entry of Default Judgment against ATLANTIC VENTURES LLC, D2HEALTHCOACH, LLC, CTCI, LLC; CAERVISION TECHNOLOGY CENTER INC.; CAERVISION GROUP, INC.; CAERVISION CORPORATION, CAERVISION; JACK ZHANG; and JULIET HONG ZHANG, aka JULIET LUO, aka JULIET ZHANG ("Defendants") (the "Application") filed by Plaintiffs CHINA SHENYANG HONGQIAO OIL PRODUCTION CO., Ltd; YONGSHENG ZHANG; and GUOJIE LU's ("Plaintiffs") came on for hearing on August 13, 2018 and

subsequently on September 13, 2018, after supplemental briefing.

After full consideration of Plaintiffs' moving papers, including supporting declarations and exhibits thereto, the well-pleaded allegations of the Complaint and all other matters presented to the Court:

IT IS HEREBY ORDERED THAT Judgment shall enter as follows:

1. Breach of Contract. CTCI, Caervision, Caervision Technology Center, Inc, Atlantic and Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang, as alter egos of the Caervision Defendants, were in breach of contract as Atlantic breached the L-1 Agreement for commingling Zhang's funds. As the prevailing party, Plaintiffs are awarded compensatory contract damages of $566,000 and prejudgment interest in the amount of $72,416.99.
2. CTCI, Caervision Technology Center Inc., and Caervision breached the Joint Venture agreement for commingling Plaintiffs' funds, failure to obtain a green card for Mr. Zhang, or refund monies. Jack Zhang and Juliet Hong Zhang, aka Juliet Luo, aka Juliet Zhang are the alter egos of the Caervision Defendants. D2Healthcoach, Caervision Group, Inc. or Carevision Corporation are not the alter egos of each other.
3. Fraud. The Court finds an independent harm of loss of benefits under the government investment program and a fraudulent inducement to shift investments from EB-5 Agreement to an EBC-1 Agreement. The Court finds the defendants' fraud in the inducement is an exception to the economic loss rule. Plaintiffs are awarded punitive damages on the fraud claim in the amount of $1,698,000.00.
4. Common Counts for Money Had and Received. The court finds Plaintiffs have adequately alleged an action for money had and received but no additional damages are awarded.
5. Breach of Covenant of Good Faith and Fair Dealing. Defendants breached the

covenant of good faith and fair dealing. No additional damages are awarded for this claim.

6. Plaintiffs are entitled to costs pursuant to Federal Rule of Civil Procedure 54(d)(1)

7. Plaintiffs' Application for Default Judgment is GRANTED as set forth hereinabove.

IT IS SO ORDERED

Dated: June 07, 2022

_____
Honorable James V. Selna
United States District Judge